IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARCELIA TRUMAINE STOVALL | : CIVIL ACTION |
| v. | : NO. 24-1839 |
| WARDEN OF SCI-MUNCY, PENNSYLVANIA ATTORNEY GENERAL'S OFFICE | : |

## ORDER

AND NOW, this 9th day of May 2024, upon careful review of Petitioner's pro se Petition (ECF No. 1), finding no basis for relief challenging a 1995 conviction without exhausting remedies in state court, further finding no basis for an evidentiary hearing or a certificate of appealability, and for reasons in today's accompanying Memorandum, it is **ORDERED** we:

1. **DISMISS AND DENY** the Petition for writ of habeas corpus (ECF No. 1) with prejudice;

2. **DENY** a certificate of appealability and finding no need for an evidentiary hearing; and,

3. **DIRECT** the Clerk of the Court **close** this case.

_____
KEARNEY, J.